Gierbolini, Appellee, v. Passalacqua, Appellant.

District Court of Ponce.

No. 2589.—Decided December 23, 1922.

This was an action to recover $5,560. The plaintiff alleged that he entered into a contract with the defendant for the sale of 175 *fanegas* of coffee at $40 the *fanega* and had already delivered nearly 140 *fanegas* for which the defendant had refused to pay. The defendant answered admitting the contract and alleging that it was agreed that the coffee should be of the best quality, and offering to pay the agreed price on only 30 *fanegas,* the quality of which was as stipulated, and to pay $30 for the rest. The trial was called and considerable evidence was examined. The court rendered judgment sustaining the complaint. The errors assigned refer to the weighing of the evidence, which was conflicting. The court adjusted the conflict in favor of the plaintiff and no showing has been made of passion, prejudice, partiality or manifest error. The judgment is affirmed.

Mr. Chief Justice Del Toro delivered the opinion of the court.